CENTER FOR DISABILITY ACCESS, LLP
MARK D. POTTER, ESQ., SBN 166317
RUSSELL C. HANDY, ESQ., SBN 195058
100 East San Marcos Blvd., Suite 400
San Marcos, CA 92069
(760) 480-4162
Fax (760) 480-4170

Attorney for Plaintiff MAXINE BLEAKLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXINE BLEAKLY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SIERRA CINEMAS, INC., A California Corporation; LOKATE, LLC, A California Limited Liability Company, and DOES 1 through 100, inclusive<br><br>　　　　　Defendants. | Case No.: CV07-052 WBS (DADx)<br><br>**JOINT APPLICATION FOR EARLY SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE & ORDER THEREON** |

///
///
///

**WHEREAS** are desirous of limiting the expenses to both sides and the time of the Court, and **WHEREAS** the parties believe and are hopeful that a Settlement Conference before a Magistrate Judge might result in a global settlement of all issues, **THEREFORE** the parties jointly apply to this Honorable Court for an order referring this matter to the Magistrate Judge for an Early Settlement Conference.

Dated: December 7, 2007        CENTER FOR DISABILITY ACCESS, LLP

By:____/S/ Mark D. Potter_____
MARK D. POTTER
Attorney for Plaintiff

Dated: December 7, 2007        NAGELEY, MEREDITH & MILLER, INC

By:____/S/ Lawrence N. Hensley_____
LAWRENCE N. HENSLEY
Attorney for Defendants

## ORDER

Having read and considered the parties application to have this case referred to the Magistrate Judge for an Early Settlement Conference and finding good cause therefore, this matter is referred to the Honorable Dale A. Drozd, United States Magistrate Judge, for an Early Settlement Conference.

Notwithstanding the local rules, all further discovery motions in this case shall be noticed for hearing on five court days notice before the undersigned judge.  The provisions of Local Rule 37-251 shall not apply.  All such motions shall be no more than five pages in length.  All opposition to such motions shall be oral.  Pursuant to Rule 36(a)(4), the parties should presume that the court will award attorneys' fees and

1 costs to the prevailing party. Counsel desiring to make such a motion shall obtain the
2 time and date of the hearing by calling Deputy Clerk Karen Kirksey-Smigh at (916)
3 930-4234.

4

5 **IT IS SO ORDERED**

6

7 Dated: December 13, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE