# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXINE BLEAKLY,<br><br>        Plaintiff,<br><br>v.<br><br>SIERRA CINEMAS, INC., A California Corporation; LOKATE, LLC, A California Limited Liability Company, and DOES 1 through 100, inclusive<br><br>        Defendants. | Case No.: CV07-052 WBS (DADx)<br><br>**ORDER**<br>*(continuing dates)* |

Counsel for plaintiff has filed an ex parte application for an extension of time to respond to the motion for summary judgment hearing and for a continuance of the summary judgment hearing date, pretrial conference date, and trial date. Defendants oppose the request. The application is hereby DENIED, without prejudice to plaintiff's attorney filing a motion to withdraw as counsel of record.

IT IS SO ORDERED.

Dated: December 14, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[proposed] ORDER                                                                                    CV07-052 WBS (DADx)